

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00145-CV

| | | |
|---|---|---|
| AURTHOR J. MANNING, JR., Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-322692-21) |
| V. | § | May 19, 2022 |
| | § | |
| FUNIMATION, Appellee | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth